U.S. DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
JOHN WALCKER

              Plaintiff(s),

-against-

PACKING CORPORATION OF AMERICA

              Defendant(s).

Case No.: 17-cv-000222
(DNH/TWD)

**STIPULATION OF DISCONTINUANCE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys of record for the parties in the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice and without costs to either party. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: _____
        Syracuse, New York

_____
Robert A. Quattrocci, Esq.
STANLEY LAW OFFICES
Attorneys for Plaintiffs
Office and Post Office Address:
215 Burnet Avenue
Syracuse, New York 13203

_____
Barney Bilello, Esq.
LAW OFFICES OF DESTIN C. SANTACROSE
Attorney for Defendant
Office and Post Office Address:
The Electric Tower – Suite 403
535 Washington Street
Buffalo, NY 14203

IT IS SO ORDERED:

_____
David N. Hurd
United States District Judge

Dated: September 28, 2017
       Utica, NY